# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0830
Lower Tribunal No. 13-CF-000271

_____

JUSTIN MICHAEL SUOMINEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Justin Michael Suominen, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED